IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KELLY PIATT, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Algenon L. Marbley |
| | ) | |
| v. | ) | **Case No. 2:09-cv-617** |
| | ) | |
| CVS PHARMACY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff Kelly Piatt and Defendant CVS Pharmacy, Inc., by their undersigned counsel, hereby stipulate that this action shall be dismissed with prejudice. Each party shall pay their own costs and attorneys' fees.

SO ORDERED:

_____
Judge Algenon L. Marbley

**Agreed:**

/s/ W. Mark Adams
W. Mark Adams
127 N. Main Street
Mount Gilead, Ohio  43338
wmarkadams@rrohio.com
*Attorney for Plaintiff Kelly Piatt*

/s/ Kelly L. Kauffman
Kelly L. Kauffman
Dinsmore & Shohl, LLP
191 W. Nationwide Blvd., Ste. 300
Columbus, Ohio  43215
Telephone:  (614) 628-6915 Facsimile:  (614) 628-6890
kelly.kauffman@dinslaw.com
*Attorney for Defendant CVS Pharmacy, Inc.*

523110_1